# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1351
Lower Tribunal No. 84-5121

_____

**Robert John Doyle,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Richard L. Hersch, Judge.

Robert John Doyle, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before ROTHENBERG, C.J., and SUAREZ and LAGOA, JJ.

PER CURIAM.

We treat the pleading filed by appellant Doyle as a Petition for Certiorari and deny the petition finding the trial court's order prohibiting Robert John Doyle

from filing further pro se pleadings, motions, or petitions challenging his conviction and sentence in case number 84-005121 entirely proper.

ORDER TO SHOW CAUSE

Further, Robert John Doyle has filed numerous postconviction appeals regarding his conviction and sentence in lower tribunal case number 84-005121. Our preliminary review of those prior postconviction proceedings evidences that Robert John Doyle has engaged in the filing of appeals on claims that were successive, time-barred, or otherwise wholly without merit. We therefore order Robert John Doyle within thirty (30) days from the date of this order, to file a response and to show cause why this Court should not prohibit him from submitting further pro se appeals, petitions, motions or other pleadings regarding case number 84-005121, unless such pleadings are signed by an attorney who is a duly licensed member of The Florida Bar in good standing.